RICARDO M. GONZALEZ
Attorney at Law
State Bar No. 98993
101 West Broadway, Suite 1950
San Diego, CA 92101-6036
Tel: (619) 238-9910
     FAX: 238-9914

Attorney for Defendant
Adrian Gallardo-Lopez

FILED
APR 1 4 2008
CLERK, DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08MJ01032 |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| vs. | |
| ADRIAN GALLARDO-LOPEZ, | |
| Defendant(s). | |

Defendant, Adrian Gallardo-Lopez, hereby substitutes RICARDO M. GONZALEZ, 101 West Broadway, Suite 1950, San Diego, CA 92101, telephone (619) 238-9910, as Attorney of Record in place and stead of Maxine I Debro, telephone no. (619) 232-3221

DATED: 4-14-08                      _____
                                     ADRIAN GALLARDO-LOPEZ

I CONSENT TO THE ABOVE SUBSTITUTION.

DATED: 4/14/08                       _____
                                     MAXINE I DEBRO

I HEREBY ACCEPT THE ABOVE SUBSTITUTION.

DATED: 4/14/08                       _____
                                     RICARDO M. GONZALEZ

## ORDER

IT IS SO ORDERED.

DATED: 4/14/08                       _____
                                     UNITED STATES MAGISTRATE JUDGE