FILED

MAY - 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>             )<br>  Plaintiff,  )<br>             )<br>     v.      )<br>             )<br>ADRIAN GALLARDO-LOPEZ,        )<br>             )<br>  Defendant.  )<br>_____) | Criminal Case No. 08CR1466-L<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |

The United States Attorney charges:

On or about April 4, 2008, within the Southern District of California, defendant ADRIAN GALLARDO-LOPEZ, did knowingly and intentionally import approximately 25.40 kilograms (55.88 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: May 8, 2008.

KAREN P. HEWITT
United States Attorney

/s/ Jara Stingley
for DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:San Diego
4/21/08